[Nos. 918, 919, 920.]

THE STATE OF NEVADA, APPELLANT, *v.* THE CALIFORNIA MINING COMPANY AND THE CALIFORNIA MINE, RESPONDENT; THE STATE OF NEVADA, APPELLANT, *v.* THE CONSOLIDATED VIRGINIA MINING COMPANY AND MINE, RESPONDENT; THE STATE OF NEVADA, APPELLANT, *v.* THE CONSOLIDATED VIRGINIA MINING COMPANY AND MINE, RESPONDENT.

A JUDGMENT FOR DELINQUENT TAXES must include the penalty.

BY the Court, BEATTY, C. J.:

The cases are, in all material respects, like the case of *The State* v. *The California Mining Co.* (No. 917), and on the authority of that case the judgments are reversed and the causes remanded with like directions to the district court.